IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Robert A. Ayers and Jill Ayers, his wife  \*

vs.  \*

Leonid G. Pavlov, Quality Carriers  \*  2:12-cv-2161-KSH-PS

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that the above-entitled action, having been amicably adjusted by and between the parties, is hereby dismissed with prejudice and without costs against any party.

This Court shall retain jurisdiction to enforce the terms and conditions of the settlement.

Facsimile signatures shall have the same force and effect as original signatures.

GOLDBERG & DOHAN, LLP

_____
CHRISTOPHER L. MUSMANNO, ESQUIRE
Attorneys for Plaintiffs

Dated: 2/5/2013

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP

_____
JEFFREY A. SEGAL, ESQUIRE
Attorneys for Defendant

Dated: 2-15-13

SO ORDERED:

_____
KATHARINE S. HAYDEN, U.S.D.J.